In the Matter of the Petition of the TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE to Acquire Title to Real Estate of THOMAS LEAREY, Appellant; JESSIE LEAREY, Respondent.

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1894, which reversed an order of Special Term made on motion to distribute damages awarded on condemnation proceedings.

*Abraham E. Fromme* for appellant.

*Edward M. Grout* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.